UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN JAMES CLEAR,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:18-cv-1171

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed an Unopposed Motion for Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 12, 2019, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 15) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded two thousand, eight hundred fifty dollars ($2,850.00) pursuant to the EAJA and that such award be paid directly to Plaintiff.

Dated: August 28, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge